[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

06/02/2023

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

**RECEIVED**

JUL 17 2023

THOMAS G. BRUTON
CLERK U.S DISTRICT COURT

Bernard Diaz-Perez

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

                    vs.

Health Services Admin. Mr.
Moissant
AHSA Ms. Taylor
PA-c Mr. Kinnick
United States of America

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No: _____
23-50173
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**                    **<u>AMENDED COMPLAINT</u>**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
           **U.S. Code** (state, county, or municipal defendants)

___✓___    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
           **28 SECTION 1331 U.S. Code** (federal defendants)

___✓___    **OTHER** (cite statute, if known) 28 u.s.c. §1346, 28 u.s.c. § 2201, 28 u.s.c. §1367

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

06/02/2023

**I.**   **Plaintiff(s):**

    A.    Name: Bernard Diaz-Perez

    B.    List all aliases:

    C.    Prisoner identification number: 49068-069

    D.    Place of present confinement: USP Allenwood

    E.    Address: P.O. Box 3000, White Deer, PA 17887

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: HSA Moissant

        Title: Health Services Administrator

        Place of Employment: USP Thomson

    B.    Defendant: Ms. Taylor

        Title: Assistant Health Services Administrator

        Place of Employment: USP Thomson

    C.    Defendant: Mr. Kinnick

        Title: Physician's Assistant

        Place of Employment: USP Thomson

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

06/02/2023

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.     Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

I began experiencing pain in my right testicle on or around Nov. 2020. Soon thereafter, I reported to sick-call and was examined by PA-C Kinnick whom stated "there is nothing wrong with you." The following week I again sought medical care via sick-call for my swollen and painful testicle. PA-C Kinnick again stated that there was nothing wrong with me then went on to say that if I came back to the medical dept. again for my testicle I would receive an incident report. Following this encounter I notified HSA Moissant and AHSA Taylor of my need for medical care due to my testicle and informed them of both encounters with PA-C Kinnick. AHSA Taylor stated to me that the situation would be looked into. After several more attempts to seek medical care due to my painful testicle during Nov. 2020 – Dec. 2020 to no avail I was subsequently seen by medical staff in late Dec. 2020 after begging HSA Moissant and AHSA Taylor. On Jan. 20, 2021, I received a right orchiectomy due to the delay in and/or inadequate medical care provided to me by the above named defendants.

    The inadequate medical care and medical malpractice is the proximate

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II. Defendant(s) Continued:

D. United States of America

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

06/02/2023

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _____ n/A _____

_____

B.   Approximate date of filing lawsuit: _____ n/A _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: ___ n/A _____

_____
_____
_____

D.   List all defendants: _____ n/A _____

_____
_____
_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ n/A _____

F.   Name of judge to whom case was assigned: ___ n/A _____

_____

G.   Basic claim made: ___ n/A _____

_____
_____

H.   Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): ____ n/A _____

_____
_____

I.   Approximate date of disposition: ____ n/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

06/02/2023

Cause of the removal of my right testicle, prolonged considerable pain suffered, and emotional distress.

I am suing the named Defendants: HSA Moissant, AHSA Taylor, and PA-C Kinnick in their Individual and Official Capacities in which the USA will be supplanted as the tortfeasor for the Defendants in their Official Capacities.

The above detailed acts and/or omissions Constitute violations of My Eighth Amendment Constitutional rights via deliberate indifference/Inadequate Medical Care.

The above detailed acts and/or omissions also Constitute malpractice, per se negligence, negligence, and gross negligence under the F.T.C.A. which is governed by the state laws of the state of Illinois.

I have exhausted My administrative remedy for the purposes of the F.T.C.A. and have attempted to do so with respect to my Bivens claim to no avail due to BoP employee hindrances, intimidation, and threats while at USP Thomson.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

06/02/2023

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory damages in the amount of $210,000.00; Punitive damages in the amount of $210,000.00; Nominal damages; Declaratory judgment declaring that the acts and/or omissions described herein violated Plaintiff's rights; Costs of this litigation; Any other relief that this Honorable Court deems just and fair.

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __12__ day of __7__, 20_23_

_Bernard Diaz Perez_
(Signature of plaintiff or plaintiffs)

_Bernard Diaz-Perez_
(Print name)

_49068-069_
(I.D. Number)
_USP Allenwood_

_P.O. Box 3000_

_White Deer, PA 17887_
(Address)

6

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**TRULINCS  49068069 - DIAZ-PEREZ, BERNARD - Unit: ALP-C-B**

---

FROM: USP Trust Fund
TO: 49068069
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/12/2023 05:02:02 AM

Trust Fund has received no court documentation for this matter.

---

From: ~^! DIAZ-PEREZ, ~^!BERNARD <49068069@inmatemessage.com>
Sent: Thursday, June 8, 2023 6:33 AM
Subject: ***Request to Staff*** DIAZ-PEREZ, BERNARD, Reg# 49068069, ALP-C-B

To: Trust fund Supervisor
Inmate Work Assignment: Unit Orderly

This document is needed for legal purposes and the court has been very specific. The court requests a certified copy of my trustfund acct. reflecting the past 6/mo. transactions. I am not able to provide this via the unit computer. Your assistance in this matter will be greatly appreciated. I thank you for your time and cooperation!
-----USP Trust Fund on 6/8/2023 5:27 AM wrote:

>
You are able to retrieve these off your account from the Unit computer.

---

From: ~^! DIAZ-PEREZ, ~^!BERNARD <49068069@inmatemessage.com>
Sent: Tuesday, June 6, 2023 9:22 AM
Subject: ***Request to Staff*** DIAZ-PEREZ, BERNARD, Reg# 49068069, ALP-C-B

To:
Inmate Work Assignment: ORDERLY

Good Morning, i need a copy of the last 6 months of my account transaction. please thank you

INMATE NAME/NUMBER: Bernard Diaz Perez #49068-069
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD  U.S.P
P.O. BOX 3000
WHITE DEER, PA 17887

Mailed From US Penitentiary



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7022 3330 0000 3648 9756



JUL 13, 2023

UNITED STATES POSTAL SERVICE®

61101

$0.00

R2305K138953-08

RDC 99

HARRI

office of
clerk of the us District court
united STATES court House
327 South Church St.
Rockford ILLinois 61 101

SCREENED
JUL 17 2023
US MARSHALS

6110181272 C010

Case: 3:23-cv-50173 Document #: 11 Filed: 08/02/23 Page 9 of 9 PageID #:66